Cite as 2022 Ark. App. 396

# ARKANSAS COURT OF APPEALS

DIVISION III

No. CV-21-300

|  |  |
|---|---|
| BOBBY COX BAIL BONDS, INC. | **Opinion Delivered** October 5, 2022 |
| APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, SEVENTH DIVISION |
| V. | [NO. 60CR-18-101] |
| STATE OF ARKANSAS | HONORABLE BARRY A. SIMS, JUDGE |
| APPELLEE | AFFIRMED |

## MIKE MURPHY, Judge

Appellant Bobby Cox Bail Bonds, Inc., appeals from the April 5, 2021 bond-forfeiture judgment of the Pulaski County Circuit Court. On November 11, 2017, appellant wrote a surety bond for David Martinez. Subsequently, Martinez failed to appear for a May 14 omnibus hearing. On appeal, appellant argues that the circuit court erred in granting bond-forfeiture judgment against it because appellant did not receive notice of a bond hearing. We affirm.

The instant appeal concerns the bond-forfeiture proceedings as related to case number 60CR-18-830. The facts, issues raised on appeal, and arguments are identical to those presented in *First Arkansas Bail Bonds, Inc. v. State*, 2022 Ark. App. 397, ___ S.W.3d ___, which we also hand down today. Therefore, we deem it unnecessary to restate them here, and we adopt and incorporate herein by reference the reasoning set forth in the aforementioned companion case. Accordingly, we affirm the $10,000 bond-forfeiture judgment entered against appellant.

Affirmed.

VAUGHT and BROWN, JJ., agree.

*Wankum Law Firm*, by: *J. Jeff Wankum*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Christopher R. Warthen*, Ass't Att'y Gen., for appellee.